■ In the Matter of BRUCE I. KAFENBAUM et al., Respondents, v JACOB PARMETT, INC., et al., Appellants. [605 NYS2d 901] —Motion by the petitioners to strike the appendix appended to the reply brief of Richard L. Parmett on the ground that it is not part of the record on appeal.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is,

Ordered that the motion is granted *(see, Brandes Meat Corp. v Cromer,* 146 AD2d 666). Sullivan, J. P., Lawrence, O'Brien and Santucci, JJ., concur.